81,153-02

To: Abel Acostas (district Clerk)                                    12-17-14

RE: Exparte Daniel Harris WR-81,153-02
    order issue supplemental records

With out unjust delay, to the court, there was a order by this court to obtain supplemental clerk records from the district clerk in count 1&2. I believed I would too, get those copies. But, since that is not the case. I humbly ask pursuant to appellate procedure 34.5(h) and 34.5(c)(1) that you trial clerk request, prepare, certify, and file a very relevant states Original answers of issues that was signed and submitted July, 3, 2013 by Jamie Burro assistant district attorney, and mailed out to me July, 10, 2013. / I also ask that you request, prepare, certify, file also a very relevant motion of objection to states original answer of issues that I signed and submitted July 19, 2013 and mailed to the district court 1&2, 1201 Franklin, 18 Floor Houston, TX 77002, with the copie sent to Assistant District Attorney Jamie Burro, 1201 Franklin, Suit 600 Houston TX 77002 by mail July, 19, 2013.

    I believe this motion is omitted from the supplemental records, if this is the case it need to be noted, filed requested and surely brought to this court attention to be requested. Due to this being a criminal case this is requested, not in bad faith, nor unjust delay, but in the name and interest of justice

Respectfully submitted

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

(12-17-14)
C.C Daniel Harris 1703446
264 FM 3478
Estelle Unit
Huntsville TX 77320

1703446 TDCJ#

To: Abel Acosta (district clerk)
RE: Exparte Daniel Harris WR-81-153-02
     supplemental records

     Without unjust delay to the court, there was a order by this court to obtain supplemental clerks records from the district clerk in court 182. I humbly request pursuant to appellate procedure 34.5(h), and 34.5 (c)(1) that you the district clerk request, prepare, certify, file a request for a complete copy of the investigational fund for the defense in cause number 1204054, or copies of submitted receipts for reimbursement fees for investigating fees for cause number 1204054. / I also request pursuant to appellate procedure 34.6 (g)(2) use of original exhibits by appellate courts, request those exhibit photos marked, labeled, tag, or admitted into evidence as gunshots, or bullet holes. I believe this is omitted from the records because the requested information is not in my records (clerks records). This need to be noted, filed, requested and surely brought to this court attention to be requested. Due to a criminal case this information is requested, not in bad faith, nor unjust delay, but in the name and interest of justice. Thank you.

                                        Respectfully submitted,

(12-17-14)

C.C. Daniel Harris 1703440
     264 FM 3478
     Estelle unit
     Huntsville, TX 7734